0-cr-06306-WJZ   Document 2   Entered on FLSD Docket 04/18/2000   Pa

FILED by D.C.
APR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. COURT
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55274-004

UNITED STATES OF AMERICA )
              Plaintiff ) Case Number: CR_____
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
Mustafa, Omar )
          Defendant

****************************************************

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
   U.S. District Court    (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE
****************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 4/17/00    10:00 (am)/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Counterfeit

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 9/5/79

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case#

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [✓]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 4-17-00    (9) Arresting Officer: _____

(10) Agency: SS    (11) Phone: _____

(12) Comments: _____

