COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Omar Mustafa (J)# | CASE NO: | 00-4080-BSS |
| AUSA: | Robin Rosenbaum *present* | ATTNY: | Chris Mancini |
| AGENT: | | VIOL: | Counterfeit |
| PROCEEDING: | Initial Appearance | BOND REC: | 50,000 PSB |

BOND HEARING HELD — (yes) no      COUNSEL APPOINTED: _____

___ BOND SET @ $50,000 PSB

CO-SIGNATURES: parents (mother)

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
APR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.      must surr passport by tomorrow
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: SD/PR
12) ___ Halfway House
___ Electronic Monitoring
Reside at curr address, no illegal drugs or alcohol

X — Advised of Charges
X — sworn
X — waives timely prelim hrg / arraingment

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR ~~XXXXXX~~: | 6-30-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |

DATE: 4-17-00    TIME: 11:00am    TAPE # 00-029    PG # 13
1518—1830
Recalled.
1850—30