## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: OMAR MUSTAFA (B)　　　　　　　　CASE NO: 00-4080-BSS
AUSA: ROBIN ROSENBAUM /nes　　　　　ATTY: CHRIS MANCINI, ESQ. /nes
AGENT: _____　　　　　　　　　　　　VIOL: _____
PROCEEDING: PRELIM/ARRAIGNMENT　　　RECOMMENDED BOND: _____
BOND HEARING HELD - yes / no　　　　COUNSEL APPOINTED: _____
BOND SET @: _____　　　　　　　　　To be cosigned by: _____

FILED by D.C.
JUN 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.　　*requested more time*
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone, ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

NEXT COURT APPEARANCE:　　DATE:　　TIME:　　JUDGE:　　PLACE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
(PRELIM/ARRAIGN) OR REMOVAL: 7-18　11　Snow
STATUS CONFERENCE: _____

DATE: 6/30/00　TIME: 11:00　FTL/LSS TAPE # 00 - 037　Begin: 1094　End: 1163

