## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: OMAR MUSTAFA (B)   CASE NO: 00-4080-BSS
AUSA: ROBIN ROSENBAUM /Behnke   ATTY: CHRIS MANCINI, ESQ. pres
AGENT: _____   VIOL: _____
PROCEEDING: PRELIM/ARRAIGNMENT   RECOMMENDED BOND: _____
BOND HEARING HELD - yes / no   COUNSEL APPOINTED: _____
BOND SET @: _____   To be cosigned by: _____

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Information to be filed

Cont for arraignment

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL:   9-11   11   Snow
STATUS CONFERENCE: _____

DATE: 8-21-00   TIME: 11:00   FTL/LSS TAPE # 00 - 045   Begin: 78   End: 134

