UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO: 00-4080 BSS

v.

_Omar Mustafa_

## WAIVER OF PRELIMINARY EXAMINATION

The defendant having been advised of the right to a preliminary hearing or examination as to the probable cause, and the defendant having refused and waived a preliminary examination,

The defendant now signs this Waiver of Preliminary Examination.

DATED: 9/11/00

X _____
    Defendant

### MAGISTRATE'S CERTIFICATE

The U. S. Magistrate Judge certifies that the defendant, after being advised of the right to a preliminary examination within ___ days from the defendant's initial appearance has stated he/she refused and waived such preliminary examination and signed the foregoing Waiver of Preliminary Examination.

IT IS ORDERED that a preliminary examination in the above-entitled matter is refused and waived, and the defendant is bound over for proceedings in the U. S. District Court.

DATED: 9/11/00    _Lurana S Snow_
                  LURANA S. SNOW
                  CHIEF UNITED STATES MAGISTRATE JUDGE