## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | OMAR MUSTSAFA (B) | CASE NO: | 00-4080-BSS |
| AUSA: | ROBIN ROSENBAUM – *pres* | ATTY: | CHRIS MANCINI, ESQ. – *pres* |
| AGENT: | | VIOL: | |
| PROCEEDING: | PRELIM/ARRAIGNMENT | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

*FILED by ___ D.C. SEP 11 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

*deft executed*

*waiver of prelim hearing.*

*set for status on 10-11-00*

| | | | | |
|---|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 10 - 11 | 11 | LSS | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 9/11/00  TIME: 11:00  FTL/LSS TAPE # 00 - 047  Begin: 105  End: 172

