## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: OMAR MUSTAFA  
CASE NO: 00-4080-BSS  
AUSA: ROBIN ROSENBAUM /Lanigan/  
ATTY: CHRIS MANCINI, ESQ. *pres'*  
AGENT:  
VIOL:  
PROCEEDING: STATUS ON INDICTMENT  
RECOMMENDED BOND:  
BOND HEARING HELD - yes / no  
COUNSEL APPOINTED:  
BOND SET @:  
To be cosigned by:  

*FILED by N D.C. OCT 11 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

*Re-set for arraignment*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 11-20 | 11 | Snow | v |
| STATUS CONFERENCE: | | | | |

DATE: 10-11-00   TIME: 11:00   FTL/LSS TAPE # 00 - 051   Begin: 1318   End: 1396

