UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00-6306**

18 U.S.C. §473

OCT 18 2000

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CR-ZLOCH** |
| v. ) | |
| ) | MAGISTRATE JUDGE |
| OMAR MUSTAFA, ) | SELTZER |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges that:

From in or about March, 2000, through on or about April 14, 2000, at Broward County, in the Southern District of Florida, the defendant,

### OMAR MUSTAFA,

knowingly and willfully bought, sold, exchanged, transferred, received and delivered false, forged, and counterfeited obligations of the United States, that is, false, forged, and counterfeited Federal Reserve Notes, with the intent that such false, forged, and counterfeited notes be passed, published, and used as true and genuine, in violation of Title 18, United States Code, Section 473.

_Alun O'Connor, jr._
GUY A. LEWIS
UNITED STATES ATTORNEY

_Robin S. Rosenbaum_
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. ____2000R00967____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **OMAR MUSTAFA** | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)    Yes ___    No ___
Number of New Defendants ___
Total number of counts ___

___ Miami    ___ Key West
_X_ FTL    ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _No_
List language and/or dialect _____

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
(Check only one)         (Check only one)

| I | 0 to 5 days | _X_ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _X_ |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) _Yes_
If yes:
Magistrate Case No.    00-4082-BSS
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No) _____ No _____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami?  ___ Yes _X_ No

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 908223

*Penalty Sheet(s) attached                    REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant Name:** __OMAR MUSTAFA__    **Case No.:** _____

================================   =========================================

Count #I: Dealing in counterfeit Federal Reserve Notes - 18 U.S.C. §473

**Max. Penalty:** 10 years' imprisonment; $250,000.00 fine

Count #

**Max. Penalty:**

Count #

**Max. Penalty:**

Count #:

**Max. Penalty:**

Count #:

**Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.