UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6306-CR-ZLOCH

UNITED STATES OF AMERICA

vs

OMAR MUSTAFA

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on NOVEMBER 15, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address:   ON BOND FORM _____

_____

Telephone:_____

DEFENSE COUNSEL:     Name:____ CHRIS MANCINI, ESQ. _____

Address:_____

_____

Telephone:_____

BOND SET/CONTINUED:  $____ CON'T _____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this__15TH__ day of __ NOVEMBER _____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By:_____
   Deputy Clerk

Tape No.____ 00- C S ℒ _____

cc: Copy for Judge
    U. S. Attorney

