## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: OMAR MUSTAFA (B)            CASE NO: 00-6306-CR-ZLOCH
AUSA: ROBIN ROSENBAUM  /Powell    ATTY: CHRIS MANCINI, ESQ.
AGENT:                             VIOL:
PROCEEDING: ARRAIGNMENT            RECOMMENDED BOND:
BOND HEARING HELD - yes / no       COUNSEL APPOINTED:
BOND SET @:                        To be cosigned by:

*FILED by ___ D.C. NOV 1 5 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
    INFO
    Reading of Indictment Waived
- ❏ Random urine testing by Pretrial Services. _____
    Not Guilty plea entered
    Treatment as deemed necessary.
    Jury trial demanded
    Standing Discovery Order requested
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | N/A | | | |

DATE: 11-15-00    TIME: 11:30    FTL/LSS TAPE # 00 - 058    Begin: 2117    End: 2255

18