

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6306-CR-Zloch   DATE 11-16-00

CLERK Caroline Nuesky   REPORTER Carl Schanzleh

PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. OMAR Mustafa

U. S. ATTORNEY Robin Rosenbaum   DEFT COUNSEL Chris Mancini

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Ct 1 - Information

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to the one count Information

CASE CONTINUED TO 1-26-01   TIME 10:30   FOR Sentencing

MISC Written Plea Agreement

20