FILED by
JAN 2 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER **00-6306-02-ZLOCH**    DATE **1-26-01**
CLERK **Carlene Neeley**    REPORTER **Carl Schanzleh**
PROBATION **Frances Weisberg**    INTERPRETER _____

UNITED STATES OF AMERICA  v.  **Omar Mustafa**

U. S. ATTORNEY **Robin Rosenbaum**   DEFT COUNSEL **Chris Mancini**

DEFENDANT:  (PRESENT)    NOT PRESENT    (ON BOND)    IN CUSTODY

REASON FOR HEARING **Sentencing**

RESULT OF HEARING **Ct 1 - Info - 3 yrs Probation - $520 Court (?) - Restitution - $100 assessment - Maintain Full-Time employment.**
JUDGMENT **Provide Full Financial Disclosure —**

CASE CONTINUED TO _____    TIME _____    FOR _____

MISC _____

22