# United States District Court
## Southern District of Florida
### FORT LAUDERDALE DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| OMAR MUSTAFA | Case Number: **00-6306-CR-ZLOCH** |
| | Counsel For Defendant: **CHRIS J. MANCINI, ESQ.** |
| | Counsel For The United States: **ROBIN ROSENBAUM, ESQ., AUSA** |
| | Court Reporter: Carl Schanzleh |

**THE DEFENDANT:**

☒ pleaded guilty to count one

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty

FILED by _____ D.C.
JAN 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18:473 dealing in counterfeit obligations | | 4/00 | 1 |

The defendant is sentenced as provided in pages 2 through __7__ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ (is) (are) dismissed on the motion of the United States.
TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **9/5/79**
Defendant's USM Number: **55274-004**

Defendant's Residence Address:
2411 NW 103RD AVENUE

PEMBROKE PINES, FL 33026

Defendant's Mailing Address:
2411 NW 103RD AVENUE

PEMBROKE PINES, FL 33026

1/26/01
Date of Imposition of Judgment

Signature of Judicial Officer

**William J. Zloch**
Chief U.S. District Court Judge

Date: 1/29/01



FILED
'01 JAN 30 P3:57

No further action required by the U.S. Marshals Service.

James A. Tassone
UNITED STATES MARSHAL

Robert Breedus, SDUSM
Ed Purchase