CR 18
(1/78)

Waiver of Indictment

# United States District Court
### FOR THE



UNITED STATES OF AMERICA

v.

OMAR MUSTAFA

No. 00-6306-CR-26CH

the above named defendant, who is accused of

18 USC 472

being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

..................................................
Defendant.

..................................................
Witness.

..................................................
Counsel for Defendant.

Date 11-15-00