UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED
MAR 31 2003
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

UNITED STATES OF AMERICA,           CASE NO.: 00-6306-CR-ZLOCH

       Plaintiff,

v.

OMAR MUSTAFA,

       Defendant.
_____/

## MOTION FOR EARLY TERMINATION OF PROBATION

COMES NOW, the Defendant, OMAR MUSTAFA, by and through undersigned counsel, and respectfully moves this Honorable Court for entry of an Order terminating the remaining probation sentence imposed in this matter, and as grounds state unto this Court the following:

1. That the Defendant was charged with an indictment for Counterfeiting.

2. That the Defendant plead guilty to the one count of Counterfeiting on January 27, 2001 and was sentenced to thirty six months of probation with the special condition that restitution be paid in the amount of five hundred forty ($540.00) dollars.

3. The Defendant has successfully completed twenty-six months of the thirty-six months probation and has satisfied all conditions of probation without incident.

4. That the Defendant has maintained full time employment as a car salesman.

5. That the Defendant has no criminal history with the exception of the above-mentioned and traffic related cases.

6. The Defendant is desirous of traveling so that he may pursue career

opportunities outside of this country.

7.  That the undersigned has contacted the Defendant's probation officer Bunny Green who did confirm that the Defendant was a model probationer.

WHEREFORE, Defendant, OMAR MUSTAFA, prays this Honorable Court to grant the relief requested in this Motion.

I HEREBY CERTIFY that a true and correct copy hereof has been furnished by U.S. Mail to Bunny Green, United States Probation Officer, 10300 SW 72nd Street, Suite 351, Miami, Florida 33173, A.U.S.A. Robin Rosenbaum, Esq., United States Attorney's Office, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Fl 33301 this 27th day of March, 2003.

MICHAEL E. JONES, ESQUIRE

_____
MICHAEL E. JONES, ESQUIRE
Fla. Bar No.: 961124
440 South Andrews Avenue
Fort Lauderdale, FL 33301
(954) 764-2060 Telephone
(954) 764-0081 Facsimile
Attorney for Defendant