```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                    CASE NO. 00-6306-CR-ZLOCH
```

UNITED STATES OF AMERICA

    Plaintiff

    V.

OMAR MUSTAFA                   <u>ORDER</u>

    Defendant

_____

THIS MATTER is before the Court upon the Motion For Early Termination of Probation (DE 26). The Court having reviewed the Court file, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned Motion is hereby DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _23rd_ day of April, 2003.

                        WILLIAM J. ZLOCH
                        Chief United States District Judge

cc:
Robin Rosenbaum, Esq., AUSA
Michael Jones, Esq.
Bunny Green, US Probation